# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of May, two thousand and sixteen.

Before:     Peter W. Hall,
                *Circuit Judge.*
_____

United States of America,

    Appellee,

v.

William Knox,

    Defendant - Appellant.
_____

**ORDER**

Docket Nos. 16-355 and 16-360

    Appellant moves for consolidation of his two pending appeals docketed under 16-355 and 16-360, and for a revised scheduling order extending the time to file his principal brief by 30 days from the current scheduling order in 16-355.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant should now file only one consolidated brief addressing the issues raised in both appeals. Appellant's principal brief and the appendix are due July 27, 2016.

                                  For the Court:

                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

